```
            FILED      LODGED
                  RECEIVED

            NOV 21 2005

       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PEDRO CARRANZA,

        Plaintiffs,

v.

STATE OF WASHINGTON et al.,

        Defendants.

No. C05-5360RBL

ORDER OF DISMISSAL

This matter is before the court on its own motion. On October 7, 2005, the court adopted the Magistrate Judge's Report and Recommendation, and denied plaintiff's *in forma pauperis* application. [Dkt. #23]. The date for Plaintiff's payment of the required filing fee was November 7, 2005. The fee has not been paid, and Plaintiff has instead filed an additional "Objection" to the Report and Recommendation. [Dkt. #25]. It, like plaintiff's timely objection [Dkt. # 22] does not address the merits of the decision or the validity of his IFP application, but is instead a convoluted and baseless attack on the credentials, authority, and motivation of the Magistrate Judge and this Court.  Therefore, this matter is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §1915.

DATED this 21st day of November, 2005.

RONALD B. LEIGHTON
United States District Judge

05-CV-05360-ORD

ORDER        1